UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE CRUMP,

    Plaintiff,

v.

ROBERT DERHAM, et al.,

    Defendants.

Case No. 15-cv-00329-HSG (PR)

**JUDGMENT**

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/29/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge